IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| **VIKTOR KALINKIN,** | 09-CV-1058-BR |
|       **Plaintiff,** | **JUDGMENT** |
| v. | |
| **SGT. ROBINSON, JOHN DOE OFFICERS 1-4, and DR. O. ERRSON,** | |
|       **Defendants.** | |


    Based on the Court's Order (#33) issued December 14, 2010, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 14th day of December, 2010.


                                             /s/ Anna J. Brown

                                             ANNA J. BROWN
                                             United States District Judge